AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Mirna Suyapa MELENDEZ-Martinez<br><br>_Defendant(s)_ | )<br>)<br>)   Case No:   25-604 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>April 01, 2025</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1326(a)(1)/(b)(1)(Re-Entry After Deport Felon)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of a felony, to wit: Illegal Re-Entry of Removed Alien, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, in the State and District of New Mexico, being willfully in the United States unlawfully.

This criminal complaint is based on these facts:
On April 01, 2025, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. The Agent questioned the Defendant as to her citizenship to which the Defendant stated that she was a citizen and national of Honduras present in the United States without Immigration Documents that would allow her to be or remain in the United States legally. Processing at the Santa Teresa Station revealed that the Defendant had been previously deported to Honduras via Harlingen, Texas on or about September 07, 2015. This was subsequent to a felony conviction for "Illegal Re-Entry of Removed Alien" in the state of Texas on or about January 30, 2007. There is no evidence that the Defendant received permission from the Appropriate Authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

_Complainant's signature_

Daniel Calzada  Agent
_Printed name and title_

Sworn to ~~before me and signed in my presence.~~ by telephone, KS

Date: April 3, 2025

_Judge's signature_

City and state: Las Cruces, N.M.

Kevin R. Sweazea, U.S. Magistrate Judge
_Printed name and title_